IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06 C 5812 |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, O'M & ASSOCIATES LLC, DBA O'MALLEY & ASSOCIATES | ) ) ) ) ) | Judge Charles R. Norgle Magistrate Judge Martin C. Ashman |
| Defendants. | ) | |

**JOINT PROPOSED SCHEDULING PLAN**

    The parties, by and through their counsel, pursuant to Fed. R. Civ. P. 26(f), having held a discovery planning meeting on June 7, 2007 via telephone, submit the following joint discovery plan:

    A.    The joinder of additional parties or the amendment of all pleadings shall occur no later than August 15, 2007

    B.    Discovery shall be conducted as follows:

        (a)    The parties shall make all disclosures required by Federal Rule of Civil Procedure 26(a)(1) no later than June 21, 2007.

        (b)    The parties will be limited to twenty-five interrogatories per side as set forth in Fed. R. Civ. P. 33(a). Depositions shall be limited to 10 per side. Each deposition shall be limited to 7 hours unless extended by agreement of the parties.

      (c)      Plaintiff shall disclose all expert witnesses and shall provide the reports required by Federal Rule of Civil Procedure 26(a)(2) no later than November 15, 2007, and shall make expert witnesses available for depositions, and have depositions completed, no later than January 2, 2008.

      (d)      Defendant shall disclose all expert witnesses and shall provide the reports required by Federal Rule of Civil Procedure 26(a)(2) no later than December 17, 2007, and shall make expert witnesses available for depositions, and have depositions completed, no later than February 1, 2008.

      (e)      The parties shall complete <u>all</u> discovery in this case, except expert discovery, no later than December 17, 2007.

C.      Any motions to dismiss, for summary judgment, or motions for judgment on the pleadings must be filed no later than January 15, 2008. Memorandums in opposition shall be filed within thirty (30) days after being served with the motion. Reply memorandums shall be filed within fifteen (15) days after being served with the opposition memorandum.

D.      The Final Pre-trial Order shall be filed 30 days after a ruling on a dispositive motion, or 15 days before trial, whichever occurs sooner.

E.      The earliest date by which this case is reasonably expected to be ready for trial is March 3, 2008.

F.      The parties estimate that the trial of this case will take 10 days.

Date:  June 25, 2007

                    Respectfully Submitted by:

                    /s/ Rachel B. Cowen
                    Michael J. Sheehan
                    Rachel B. Cowen
                    Esther H. Vreeman-Moll
                    Connelly Sheehan Harris LLP
                    150 South Wacker Drive, Suite 1600
                    Chicago, Illinois 60606
                    Telephone:  (312) 372-1969

                    COUNSEL FOR PLAINTIFF


                    /s/ Steven Whitmer w/ permission
                    Terrence P. Canade
                    Steven T. Whitmer
                    LORD, BISSELL & BROOK LLP
                    115 South LaSalle Street
                    Chicago, Illinois 60603
                    Telephone:  (312) 443-1862

                    COUNSEL FOR DEFENDANTS

## Certificate of Service

I certify that on this 25th day of June, 2007, I filed the foregoing **JOINT PROPOSED SCHEUDLING PLAN** with the Clerk of Court via the CM/ECF System, which sent notification of such filing to the following:

>Steven T. Whitmer
>Terrence P. Canade
>Lord Bissell & Brook
>111 S. Wacker Drive
>Chicago, IL  60606-4410

>/s/ Rachel B. Cowen